Craig A. Henderson, Esq.
Nevada Bar No. 10077
GLEN LERNER INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Phone: (702) 877-1500
Fax: (702) 933-7043
E-mail: chenderson@glenlerner.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH CAVANAUGH, individually,<br><br>Plaintiffs,<br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00379-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINE ON DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STRIKE FOR A MORE DEFINITE STATEMENT**<br><br>**(FIRST REQUEST)** |

Defendant Safeco Insurance Company of Illinois filed its Motion to Dismiss, or in the Alternative, to Strike for a More Definite Statement on March 8, 2018 (Docket #5). Plaintiff Keith Cavanaugh's response to Defendant's Motion to Dismiss, or in the Alternative, to Strike for a More Definite Statement is currently due March 22, 2018.

Plaintiff Keith Cavanaugh, through his counsel of record, Craig A. Henderson, Esq., of Glen Lerner Injury Attorneys, and Defendant Safeco Insurance Company of Illinois, through its counsel of record Andrew C. Green, Esq., and Rikki J. Hevrin, Esq., of Koeller Nebeker Carlson & Haluck, LLP, stipulate and agree, that:

. . .

. . .

. . .

. . .

. . .

Plaintiff Keith Cavanaugh shall have up to and including April 5, 2018, to file and serve his response to Defendant's Motion to Dismiss, or in the Alternative, to Strike for a More Definite Statement (Docket #5), and any timing for any reply thereafter will be determined by the Local District Court Rules.

| | |
|---|---|
| GLEN LERNER INJURY ATTORNEYS | KOELLER NEBEKER CARLSON & HALUCK, LLP |
| By: /s/ Craig A. Henderson<br>Craig A. Henderson, Esq.<br>Nevada Bar No. 10077<br>4795 South Durango Drive<br>Las Vegas, Nevada 89147<br>Attorneys for Plaintiff | By: /s/ Rikki J. Hevrin<br>Rikki J. Hevrin, Esq.<br>Nevada Bar No. 13738<br>400 S. 4th Street, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

**ORDER**

IT IS SO ORDERED that Plaintiff Keith Cavanaugh shall have up to and including April 5, 2018, to file and serve his response to Defendant's Motion to Dismiss, or in the Alternative, to Strike for a More Definite Statement (Docket #5), and any timing for any reply thereafter will be determined by the Local District Court Rules.

DATED March 23, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE