ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
RIKKI J. HEVRIN, ESQ.
Nevada Bar No. 13738
KOELLER NEBEKER CARLSON & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Rikki.hevrin@knchlaw.com*
Attorneys for Defendant,
SAFECO INSURANCE COMPANY
OF ILLINOIS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH CAVANAUGH, individually;<br><br>                  Plaintiff,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF ILLINOIS; DOES I – X; and ROE CORPORATIONS I – X, inclusive,<br><br>                  Defendant. | **CASE NO.: 2:18-CV-00379-JCM-NJK**<br><br>**STIPULATION AND ORDER FOR NINETY (90) DAY EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO PENDING MOTION FOR SUMMARY JUDGMENT (ECF #22)**<br><br>**[FIRST REQUEST]** |

**COMES NOW**, Defendant, SAFECO INSURANCE COMPANY OF ILLINOIS (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, KEITH CAVANAUGH (hereinafter "Plaintiff"), by and through his counsel of record, Justin G. Randall, Esq. of GLEN LERNER INJURY ATTORNEYS, and hereby submit this joint stipulation and proposed order to extend the deadline for Plaintiff's response to the pending motion for summary judgment by Defendant (ECF #22.) The parties' request the time for Plaintiff to respond to the pending motion for summary judgment be extended by ninety (90) days, so that any response by Plaintiff would be due to the Court no later than January 23, 2019. The extension of time requested by the parties herein is due to the parties' new agreement to resolve the subject dispute by binding arbitration, and the extension requested herein is intended to permit the parties to finalize their agreement in that regard and resolve

the matter by an arbitration hearing prior to expiration of the extended deadline for Plaintiff to respond to the motion for summary judgment. The intent of the parties' agreement is to permit the matter be dismissed with prejudice to after conclusion of the arbitration agreement, and to relieve the Court of the necessity of further burdens for this matter.

RESPECTFULLY SUBMITTED this 23rd day of October, 2018.

| DATED this 23rd day of October, 2018. | DATED this 23rd day of October, 2018. |
|---|---|
| KOELLER NEBEKER CARLSON & HALUCK, LLP | GLEN LERNER INJURY ATTORNEYS |
| By: */s/Andrew C. Green*<br>ANDREW C. GREEN, ESQ.<br>Nevada Bar No. 9399<br>400 S. 4th Street, Suite 600<br>Las Vegas, NV 89101<br>Attorneys for Defendant,<br>SAFECO INSURANCE COMPANY OF ILLINOIS | By: */s/Justin G. Randall*<br>JUSTIN G. RANDALL, ESQ.<br>Nevada Bar No. 12476<br>4795 South Durango Drive<br>Las Vegas, NV 89147<br>Attorneys for Plaintiff,<br>KEITH CAVANAUGH |

## **ORDER**

Consistent with the foregoing stipulation, the parties' joint request to extend the time for Plaintiff to respond to the pending motion for summary judgment (ECF #22) by ninety (90) days IS GRANTED. Any response by Plaintiff will be due to the Court no later than January 23, 2019.

**IT IS SO ORDERED.**

DATED this   25th   day of October, 2018.

_____
U.S. DISTRICT COURT JUDGE
HONORABLE JAMES C. MAHAN